2009–1695. In re Adoption of J.A.S.
Lorain App. Nos. 08CA009518 and 08CA009519, 2009-Ohio-3927. Discretionary appeal accepted and cause consolidated with 2009–1980, *In re Adoption of J.A.S.*, Lorain App. Nos. 08CA009518 and 08CA009519, 2009-Ohio-3927.

## APPEALS NOT ACCEPTED FOR REVIEW

2009–0808. State v. Mendoza.
Franklin App. No. 08AP–645, 2009-Ohio-1182.

2009–0853. State v. Fox.
Franklin App. No. 08AP–704, 2009-Ohio-1327. Discretionary appeal not accepted. Motion to stay jurisdictional determination denied as moot.

2009–0979. State v. Rosas.
Montgomery App. No. 22424, 2009–1404.

2009–0980. State v. Carter.
Hamilton App. Nos. C–080254 and C–080337.

2009–0995. Lasson v. Coleman.
Montgomery App. No. 22213, 2009-Ohio-1958.

2009–1023. State v. Berry.
Franklin App. No. 08AP–762, 2009-Ohio-1557.

2009–1033. State v. McCain.
Montgomery App. No. 22716, 2009-Ohio-1959.

2009–1054. State v. Combs.
Stark App. No. 2009 CA 00080.

2009–1162. State v. Huber.
Miami App. No. 2008 CA 15, 2009-Ohio-2541.

2009–1170. Jewell v. Victorian Village Internal Medicine, Inc.
Franklin App. No. 08AP–919, 2009-Ohio-2233.

2009–1201. Integrated Payment Sys., Inc. v. A&M 87th, Inc.
Cuyahoga App. No. 91454, 2009-Ohio-2715.
    Moyer, C.J., and Lanzinger, J., dissent and would accept the appeal on Proposition of Law No. II.

2009–1287. Luz v. Grim.
Warren App. No. CA2009–06–086.

2009–1364. State v. Graham.
Warren App. No. CA2008–07–095, 2009-Ohio-2814.

2009–1373. State v. Thompson.
Hamilton App. No. C–090368.

2009–1379. State v. Baer.
Harrison App. No. 07 HA 8, 2009-Ohio-3248.

2009–1382. Schooler v. Blersch.
Clermont App. No. CA2008–09–082.
    Moyer, C.J., dissents and would accept the appeal on Proposition of Law No. II.
    Pfeifer, J., dissents.

2009–1386. Bowman v. Bowman.
Brown App. No. CA2009–05–020.

2009–1392. Allen v. Binckett.
Muskingum App. No. CT2008–0027, 2009-Ohio-2969.
    Pfeifer, J., dissents.